Andrew O. Smith, Esq., SBN 217538
Brian P. Suba, Esq., SBN 276526
**PETTIT KOHN INGRASSIA LUTZ & DOLIN PC**
5901 West Century Boulevard, Suite 1100
Los Angeles, California 90045
Tel: (310) 649-5772
Fax: (310) 649-5777
Email: bsuba@pettitkohn.com

Attorneys for Defendant
**WAL-MART STORES, INC.**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSIE ABERNATHY,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC.; AND DOES 1-50 INCLUSIVE,<br><br>Defendants. | Case No. 2:19-CV-02489 AB(AGRx)<br><br>**JOINT STIPULATION FOR DISMISSAL [FRCP 41]**<br><br>Courtroom: 7B<br>District Judge: Andre Birotte, Jr.<br>Magistrate Judge: Alicia G. Rosenberg<br>Complaint Filed: May 7, 2018<br>Trial Date: |

Plaintiff ROSIE ABERNATHY and Defendant WAL-MART STORES, INC., by and through their designated counsel, hereby stipulate to the voluntary dismissal with prejudice of the entire action in this case. These dismissals are made pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties have reached a confidential resolution of their disputes.

**IT IS SO STIPULATED.**

//
//
//
//
//

2354-8939

1
JOINT STIPULATION FOR DISMISSAL [FRCP 41]
CASE NO. 2:19-CV-02489 AB(AGRX)

| | | |
|---|---|---|
|  | **LAW OFFICES OF DAVID AZIZI** | |
| Dated: 2/27/20 | By: _____ | |
| | David Azizi, Esq. | |
| | Arthur Djougourian, Esq. | |
| | Zane Zeidler, Esq. | |
| | Attorneys for Plaintiff | |
| | **ROSIE ABERNATHY** | |
| | david@azizilawfirm.com | |
| | arthur@azizilawfirm.com | |
| | zane@azizilawfirm.com | |

PETTIT KOHN INGRASSIA LUTZ & DOLIN PC

Dated: By: _____
Andrew O. Smith, Esq.
Brian P. Suba, Esq.
Attorneys for Defendant
**WAL-MART STORES, INC.**
aosmith@pettitkohn.com
bsuba@pettitkohn.com

**LAW OFFICES OF DAVID AZIZI**

Dated: By: _____
David Azizi, Esq.
Arthur Djougourian, Esq.
Zane Zeidler, Esq.
Attorneys for Plaintiff
**ROSIE ABERNATHY**
david@azizilawfirm.com
arthur@azizilawfirm.com
zane@azizilawfirm.com

**PETTIT KOHN INGRASSIA LUTZ & DOLIN PC**

Dated: April 7, 2020 By: _____
Andrew O. Smith, Esq.
Brian P. Suba, Esq.
Attorneys for Defendant
**WAL-MART STORES, INC.**
aosmith@pettitkohn.com
bsuba@pettitkohn.com